No. 02–7481. CROCKETT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–7482. PIERCE v. MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7483. HORNADAY v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7488. YARBROUGH v. LIFETOUCH NATIONAL SCHOOL STUDIOS ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7492. WILLEMS v. SEEFELDT, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 02–7495. BELASCO v. MORRISON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–7499. BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–7508. ASHANTI v. AMERICAN TOBACCO COS. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7516. DOMINGUEZ v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–7520. LIEBERMAN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–7522. WHITE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–7528. BORTH v. KELLEHER ET AL. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 02–7538. ZIEGLER v. BIRKETT, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–7542. REYNOLDS v. WACKENHUT CORRECTION CORP. ET AL. C. A. 5th Cir. Certiorari denied.